## MEMORANDUM

**DATE:** June 1, 2005

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Nancy M. Rojas
Financial Litigation Unit
U.S. Attorney's Office

**RE:** <u>U.S. v. HAU T. PHAM</u>

    Attached is a certified copy of the above Judgment that was entered in Boston Municipal Court.

    Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 135 Dale Street, Waltham, MA 02451.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

    If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No. **05 MBD 10226**

Dated: _____

# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH

# 05 MBD 10226

**I,** Charles R. Johnson,    *Chief Justice*

of the Boston Municipal Court Department Civil Business Division in said County and Commonwealth,

**Do Certify,** *that MICHAEL J. COLEMAN, Esquire, whose signature is affixed to the papers hereunto annexed, is Clerk/Magistrate of said Court, within and for the County of Suffolk, for civil business, and hath the keeping of the files, records, and proceedings of said Court, within and for said County, for civil business; Also, of the files, records, and proceedings of the late Justices' Court of the County of Suffolk, and of the late Police Court of the City of Boston, for civil business, in the County and Commonwealth aforesaid; that he is, by Law, the proper person to make out and to certify copies of the files, records, and proceedings of said several Courts; that full faith and credit are and ought to be given to his acts and attestation done as aforesaid; and that his attestation to the paper hereunto annexed    is    in due form.*

**In Testimony Whereof,** *I have hereunto set my hand, and caused the seal of the said Boston Municipal Court Department, City of Boston, to be hereunto affixed, this*   Thirtieth   *day of*   September  , *in the year of our Lord* ~~one thousand nine hundred and~~ Two Thousand and Three

*[signature: Charles Ray Johnson]*

Chief Justice of the
Boston Municipal Court Department

Form 58-03-94/500

# Commonwealth of Massachusetts

Trial Court of the Commonwealth

Suffolk, ss.

I. Michael J. Coleman, Clerk / Magistrate of the Boston Municipal Court Department of the Trial Court, Civil Business Division, holden at said Boston, within our County of Suffolk, do certify, that

              **CHARLES R. JOHNSON**, *Esquire*,

whose signature is affixed to the Certificate hereto annexed, is, and was at the time of affixing said signature, Chief Justice of the said Boston Municipal Court Department of the Trial Court, Duly Appointed and qualified as such, and acting at the time in his official capacity and that full faith and credence are, and ought to be given to his Acts and Attestations done as aforesaid, and that his signature to the Certificate annexed, is genuine.

In Testimony Whereof, I have hereunto set my hand and affixed the Seal of said Boston Municipal Court Department, at Boston, aforesaid, this......Thirtieth................ day of .September............ in the year of our Lord, xxxxxxxxxxxx xxxxxxxxxxxxx...Two Thousand and Three...........................



*Michael J. Coleman*
Clerk / Magistrate

Civil Action- 200201CV-004772

IT IS THEREFORE considered by said Court, that the said Plaintiff Sallie Mae Servicing, L.P. recover Judgment against the said Defendant Hau T. Pham, is an individual residing in Boston, Suffolk County, MA the sum of Twenty-five Thousand Three Hundred and Sixty-three dollars and Eighty-four cents, damage, and costs of suit, taxed at One Hundred and Eighty-seven dollars and Sixty-five cents

Dam., $ 25,363.84
Costs, 187.65
$ 25,551.69

Attest _____ Clerk.

A TRUE COPY.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Municipal Court of the City of Boston, at Boston, the Thirtieth day of September in the year of our Lord Two Thousand and Three

_____ Asst Clerk.

BMC-20030523  
whalent

09/30/2003  
10:32 AM

**Commonwealth of Massachusetts**  
**BOSTON MUNICIPAL COURT DEPARTMENT**  
Civil Business Division  
Case Summary  
Docket

05 MBD 10226

**200201CV-004772**  
**Sallie Mae Servicing, L.P. v Pham**

| Entry Date | 09/27/2002 | Status | Disposed | Status Date | 06/18/2003 |

### PARTIES

**Plaintiff**  
Sallie Mae Servicing, L.P.  
Reston, VA  
Active 09/27/2002

**Private Counsel 644330**  
Jocelyn Thomsen  
Zwicker & Associates  
100 Old River Road  
Andover, MA 01810  
Phone: 978-686-2255  
Active 09/27/2002 Notify

**Defendant**  
Hau T. Pham  
1 Deaconess Road  
Boston, MA  
a/k/a Hau Pham  
Served: 11/02/2002  
Default Judgment rule 55 06/18/2003 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/27/2002 | 1.0 | Complaint entered without plaintiff counsel's certification of compliance in regard to dispute resolution services. |
| 11/14/2002 | 2.0 | Summons returned with service on 11/02/2002 on Defendant Hau T. Pham. |
| 01/07/2003 | 3.0 | Request for Default filed. Defendant Hau T. Pham defaulted per Rule 55(a). |
| 05/14/2003 | | Plaintiff only appearing- Damages assessed for plaintiff in the sum of $25,363.84. (Coyne, J) |
| 05/21/2003 | 4.0 | Motion to substitute copy of promissory note filed by the plaintiff. |
| 05/30/2003 | | Plaintiff only appearing - Plaintiff's motion to substitute copy of promissory note is allowed. (Clawson, AC/M) |
| 06/18/2003 | 5.0 | After damages assessed by the Court (Coyne, J) on May 14, 2003, judgment is hereby entered for the plaintiff Sallie Mae Servicing, L.P. vs defendant Hau T. Pham per rule 55(b)(3) in the sum of $25,363.84 with costs of $187.65 Total = $25,551.49 |
| 07/01/2003 | | Execution issued. |

**A TRUE COPY ATTEST**

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 05/14/2003 | Court Room 27, Floor 3 | Assessment: Of damages | Heard/Damages Assessed |
| 05/30/2003 | Court Room 27, Floor 3 | Motion: To Substitute copy of note | Heard and Order |